IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YOUNG, | 1:06-cv-0770 LJO DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| E. HOLGUIN, et al., | (DOCUMENT #22) |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations issued on December 19, 2007 (Doc. 18). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted fifteen (15) days from the date of service of this order in which to file objections the findings and recommendations issued on December 19, 2007.

IT IS SO ORDERED.

Dated:   **March 14, 2008**            **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE