# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>E. HOLGUIN, et.al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-0770 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 12) |

Plaintiff Eddie Young, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 19, 2007, the Magistrate Judge filed Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On January 7, 2008, plaintiff filed a motion for an extension of time to file his objections. (Doc 19). On January 24, 2008, the court granted plaintiff thirty days from the date of the order to file his objections. (Doc. 21). On February 27, 2008, plaintiff again filed a motion for an extension of time to file his objections. (Doc. 22). On March 14, 2008, this court again granted plaintiff's request. (Doc. 24). Plaintiff was ordered to file his objections to the Findings and Recommendations issued on December 19, 2007 within fifteen days. More than fifteen days have passed and plaintiff has not filed timely objections to the Findings and Recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 19, 2007, are adopted in full;
2. Defendants' motion to dismiss, filed August 9, 2007, is GRANTED IN PART;
3. Pursuant to 28 U.S.C. § 1915(g), plaintiff's in forma pauperis status is REVOKED; and
4. This action is HEREBY DISMISSED without prejudice for plaintiff's failure to pay the filing fee in full.

IT IS SO ORDERED.

**Dated:   April 14, 2008**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE